UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BREWER,<br><br>                    Plaintiff,<br><br>   vs.<br><br>SPOKANE COUNTY, et al.,<br><br>                    Defendants. | NO. CV-11-0259-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties contained in the Stipulated Motion to Dismiss (ECF No. 28), the Motion (**ECF No. 28**) is **GRANTED** and the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint and the claims therein without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED this 29th day of June, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1