AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

ROBERT BREWER,

         Plaintiff,

             v.

SPOKANE COUNTY, et al.

         Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-259-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of the parties, the above-entitled Complaint and the claims therein are hereby dismissed with prejudice without costs or fees to any party.

06/29/12
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb